

FILED
at 1:26 o'clock p M.

MAR 17 2015

Rhonda Burchat
Clerk of District Court Brazoria Co., Texas
BY_____KMM_____DEPUTY

**Cause No. 74,219**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/19/2015 9:15:35 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE DISTRICT COURT |
| | * | |
| VS. | * | OF BRAZORIA COUNTY, TEXAS |
| | * | |
| DORSEY NATHANIEL CARR, III | * | 239TH JUDICIAL DISTRICT |

## MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES DORSEY NATHANIEL CARR, III, the Defendant in the above entitled and numbered cause, pursuant to Rule 21 of the Texas Rules of Appellate Procedure, and makes this MOTION FOR NEW TRIAL and would show unto the Court as follows:

I.

The Defendant was tried and convicted by a jury for the offense of Driving While Intoxicated 3rd or More - Enhanced. Punishment was assessed at ten (10) years confinement in the Texas Department of Criminal Justice-Institutional Division. Defendant was sentenced by the Court on the 20th day of February, 2015.

II.

Defendant would request that the Court grant a new trial, upon the following good and sufficient reasons:

1. The Court misdirected the jury as to the law.

2. The Court committed material error likely to injure the rights of Defendant.

3. The verdict is contrary to the law and the evidence.

WHEREFORE, PREMISES CONSIDERED, the Defendant herein

respectfully prays that this Honorable Court set this Motion for hearing, and that after such hearing Defendant prays that this Honorable Court will grant the Defendant a new trial in this cause.

Respectfully submitted,

John J. Davis
Attorney for Defendant
P.O. Box 787
205 N. Chenango
Angleton, Texas 77516
Telephone: (979) 849-4362
Facsimile: (979) 848-8413
SBN: 05515500

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing MOTION FOR NEW TRIAL was hand delivered to Aaron Perry, Assistant Criminal District Attorney for Brazoria County, Texas, at the District Attorney's Office, Brazoria County Courthouse, 111 East Locust, Angleton, Texas 77515, on the 17th day of March, 2015.

John J. Davis
Attorney for Defendant